IN THE MATTER OF THE GARDEN STATE
BRICKFACE COMPANY.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. NELL JOHNSON.

Dec. 20, 1979. Petition for certification denied.

RAYMOND DELANEY v. AMERICAN TRANS CO.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL PARKS.

Dec. 20, 1979. Petition for certification denied. (See 171 *N.J.Super.* 61)

STATE OF NEW JERSEY v. MIGUEL LAMENCA.

Dec. 20, 1979. Petition for certification denied.

LAWRENCE CLARKE v. CLAYBURN CONTRACTING CO.

Dec. 20, 1979. Petition for certification denied.